606

No. 757. PRUDENCE REALIZATION CORP. *v.* GEIST, TRUSTEE. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Irving L. Schanzer* for petitioner. *Mr. A. Joseph Geist* for respondent.

No. 772. BRILLHART, ADMINISTRATOR, *v.* EXCESS INSURANCE Co. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Clarence C. Chilcott* for petitioner. *Mr. Paul R. Stinson* for respondent.

No. 596. IRVINE *v.* SPAETH, COMMISSIONER OF TAXATION. See *ante,* p. 575.

No. 177. SPAULDING *v.* SANFORD, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *J. O. Spaulding, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 198. VANCE *v.* SANFORD, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Joe Vance,*